So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 6/24/2022

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                                Plaintiff,

             - against -

YASSO, INC.,

                              Defendants.
-------------------------------------------------------------X

Case No.    1:22-cv-1415-ARR-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

        Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs

or attorneys' fees, of the above-referenced matter against Yasso, Inc.

Dated: Scarsdale, New York
       June 23, 2022

                            SHAKED LAW GOUP, P.C.
                            Attorneys for Plaintiff

                       By: */s/Dan Shaked*
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            e-mail: ShakedLawGroup@Gmail.com